958 F.2d 369
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Dominic LONGO, Defendant-Appellant.
 No. 92-6028.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 2, 1992.
Decided March 16, 1992.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Herbert F. Murray, Senior District Judge. (CR-90-37-HM, CA-91-478-HM)
 Dominic Longo, appellant pro se.
 Breckinridge Long Willcox, United States Attorney, James Richard Alsup, Assistant United States Attorney, Baltimore, Md., for appellee.
 D.Md.
 AFFIRMED.
 Before SPROUSE and WILKINSON, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 OPINION
 PER CURIAM:
 
 
 1
 Dominic Longo appeals from the district court's order refusing relief under 28 U.S.C. § 2255 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit.* Accordingly, we affirm on the reasoning of the district court. United States v. Longo, Nos. CR-90-37-HM, CA-91-478-HM (D.Md. Dec. 18, 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.
 
 
 
 *
 We deny Appellant's motions for a trial transcript at government expense and to stay these proceedings. We have considered Longo's recently filed "Supplimentic Authorities."